Submitted on record and briefs January 22, remanded for resentencing; otherwise affirmed February 10, 1993

STATE OF OREGON,
*Respondent,*

*v.*

QUINTON LEWIS,
*Appellant.*

(9102-30785; CA A73299)

845 P2d 935

Sally L. Avera, Public Defender, Salem, filed the brief for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Amy E. Alpaugh, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Chief Judge, and Warren and Edmonds, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals the sentence imposed after his probation was revoked. The state concedes that the court erred in modifying the sentence that had been imposed, but execution of which had been suspended. *State v. McBride*, 103 Or App 642, 798 P2d 728 (1990). We accept that concession.

Remanded for resentencing; otherwise affirmed.